# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-09-00690-CV

**Jeannette Stevens, Appellant**

**v.**

**Riley D. Stevens, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 3 OF WILLIAMSON COUNTY
### NO. 07-1634-FC3, HONORABLE DONALD HIGGINBOTHAM, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant filed her notice of appeal on December 4, 2009, along with an affidavit of indigence. After several delays, the filing of the appellate record was completed on November 9, 2010, making appellant's brief due December 13. *See* Tex. R. App. P. 38.6(a). On January 11, 2011, we sent appellant notice that her brief was overdue, informing her that if a response was not filed by January 21, the appeal was subject to dismissal. *See id.* R. 42.3(b). To date, we have received no response from appellant. We therefore dismiss the appeal for want of prosecution. *See id.*

_____

David Puryear, Justice

Before Justices Puryear, Pemberton and Rose

Dismissed on for Want of Prosecution

Filed:  March 29, 2011